United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 15-20788-RAM
Alva S Mejia                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1        User: cgrimm              Page 1 of 1           Date Rcvd: Aug 05, 2015
                            Form ID: pdf004           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2015.
db            +Alva S Mejia,    1101 SW 138 Avenue,    Miami, FL 33184-2764
cr            +World Omni Financial Corp.,    c/o James B. Flanigan, Esquire,    110 SE 6th Str, 15th Flr,
                Fort Lauderdale, FL 33301-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2015 at the address(es) listed below:
              Jacqueline Calderin    calderintrustee@gmail.com,
               jcalderin@ecf.epiqsystems.com;yruiz@ecclegal.com
              James B Flanigan    on behalf of Creditor    World Omni Financial Corp. jbf@trippscott.com,
               bankruptcy@trippscott.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robert Sanchez, Esq    on behalf of Debtor Alva S Mejia court@bankruptcyclinic.com,
               courtECFmail@gmail.com
                                                                                             TOTAL: 4



ORDERED in the Southern District of Florida on August 5, 2015.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re: | ) CASE NO. 15-20788-BKC-RAM |
|  | ) CHAPTER 7 |
| ALVA MEJIA, | ) |
|  | ) |
| Debtor. | ) |

### ORDER APPROVING REAFFIRMATION AGREEMENT

The Reaffirmation Agreement ("Agreement") between the Debtor and World Omni Financial Corp. [DE# 13], indicates a presumption of hardship requiring an Order approving the Agreement. Since the Agreement was signed by Debtor's counsel who checked the box stating that in counsel's opinion, the

Debtor is able to make the required payment, the Court finds that the Agreement should be approved. Therefore, it is -

**ORDERED** that the Debtor's Reaffirmation Agreement with World Omni Financial Corp., is **APPROVED**.

###

COPIES TO:

Alva S. Mejia
1101 SW 138th Avenue
Miami, FL  33184

World Omni Financial Corp.
P.O. Box 991817
Mobile, AL  36691-8817

Robert Sanchez, Esq.

2